United States District Court
Southern District of Texas

**ENTERED**

July 14, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY WINTON BULFINCH | § | |
| AND BETTY JO MATHIS, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-25-3457 |
| | § | |
| MONTGOMERY COUNTY, TEXAS | § | |
| ET AL., | § | |
|     Defendants. | § | |

ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

On June 23, 2026, Magistrate Judge Peter Bray recommended that the court grant Defendants Montgomery County and the Montgomery County Sheriff's Motion to Dismiss, Document No. 46. Judge Bray also granted Plaintiffs leave to amend their complaint by July 2, 2026, as to Defendants Mary Phillips and Deputy Ulises Garcia. Document No. 65 at 9-10. Because Judge Bray granted leave to amend, he recommended that the court deny as moot Phillips and Garcia's Motion to Dismiss, Document No. 55.

The parties were provided with notice and an opportunity to object to the magistrate judge's recommendations. No party filed objections.

The court has reviewed the recommendation and finds no error in law or fact. As to Defendants Montgomery County and

the Montgomery County Sheriff's Motion to Dismiss, Document No. 46, the court ADOPTS the Memorandum and Recommendation as its Memorandum and Opinion. Plaintiffs' claims against Montgomery County and the Montgomery County Sheriff are DISMISSED.

Plaintiffs failed to amend their complaint by the deadline. Because Plaintiffs failed to amend, denying Defendants Mary Phillips and Deputy Ulises Garcia's Motion to Dismiss would be improper. Thus, Phillips and Garcia's motion to dismiss, Document No. 55, remains pending and referred to Judge Bray.

It is so ORDERED.

SIGNED at Houston, Texas, on this 14TH day of July, 2025.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2