United States District Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Timothy Winton Bulfinch, et al., *Plaintiffs*, | § § | |
| v. | § § § | Civil Action H-25-3457 |
| Montgomery County, Texas, et al., *Defendants*. | § § | |

## MEMORANDUM AND RECOMMENDATION TO DISMISS FOR FAILURE TO SERVE DEFENDANTS

This case has been referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1). ECF No. 6. The court recommends that Defendants Montgomery County District Attorney, Presiding Judge(s), Arresting Officer, Public Defender, Montgomery County Indigent Defense Services, and Court Officials be **DISMISSED without PREJUDICE** for failure to serve the Defendants.

Plaintiffs Timothy Winton Bulfinch and Betty Jo Mathis filed their amended complaint on August 4, 2025. ECF No. 8. On October 16, 2025, the court held a hearing and ordered that Plaintiffs shall serve the Defendants by November 17, 2025. ECF No. 26. The court stated in its order that failure to comply "will result in the unserved defendants being dismissed from the case." *Id.*

Plaintiff did not comply. There is no filing or other information on the docket indicating that Plaintiff attempted to serve Defendants. There is no filing or other information on the docket showing good cause for the failure.

Under Federal Rule of Civil Procedure (Rule) 4,

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own

> after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The court ordered that service be made by November 17, 2025. ECF No. 26. Plaintiff has not complied. Thus, pursuant to Rule 4(m), the court recommends that Defendants Montgomery County District Attorney, Presiding Judge(s), Arresting Officer, Public Defender, Montgomery County Indigent Defense Services, and Court Officials be **DISMISSED without PREJUDICE** for failure to serve the defendant.

The parties have fourteen days from service of this Memorandum and Recommendation to file written objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on September 4, 2026.

Peter Bray
United States Magistrate Judge