United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY WINTON BULFINCH | § | |
| AND BETTY JO MATHIS, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-25-3457 |
| | § | |
| MONTGOMERY COUNTY, TEXAS | § | |
| ET AL., | § | |
| Defendants. | § | |

ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

On July 14, 2026, Magistrate Judge Peter Bray recommended that the court dismiss without prejudice Defendants Montgomery County District Attorney, Presiding Judge(s), Arresting Officer, Public Defender, Montgomery County Indigent Defense Services, and Court Officials for failure to serve the Defendants (Document No. 67).

The parties were provided with notice and an opportunity to object to the magistrate judge's recommendations. No party filed objections.

The court has reviewed the recommendation and finds no error in law or fact. The court ADOPTS the Memorandum and Recommendation as its Memorandum and Opinion. Defendants Montgomery County District Attorney, Presiding Judge(s), Arresting Officer, Public Defender, Montgomery County

Indigent Defense Services, and Court Officials are DISMISSED without prejudice for failure to serve.

It is so ORDERED.

SIGNED at Houston, Texas, on this 29th day of September, 2026.

Ewing Werlein, Jr.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE